UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAMBO EL,

    Plaintiff,                                               Case No. 1:21-cv-96

v.                                                            Hon. Hala Y. Jarbou

AYSIA PEREZ, et al.,

    Defendants.
_____/

**ORDER**

On February 3, 2021, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that the Court (1) dismiss Plaintiff's legal notice of removal from Municipal Court to Federal Court as an improper removal; or, alternatively, (2) construe Plaintiff's filing as a complaint and dismiss it with prejudice (ECF No. 5). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on February 17, 2021. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly:

**IT IS ORDERED** that the R&R (ECF No. 5) is **APPROVED** and **ADOPTED** as the opinion of the Court. This action is dismissed with prejudice.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

Date:   February 25, 2021                       /s/ Hala Y. Jarbou
                                                               HALA Y. JARBOU
                                                               UNITED STATES DISTRICT JUDGE